IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3028 |
| | ) | |
| v. | ) | |
| | ) | |
| TYLER KERSENBROCK, | ) | |
| | ) | |
| Defendant. | ) | MEMORANDUM AND ORDER |
| | ) | |

A hearing was held before me May 16, 2008 on allegations made in the petition for action on conditions of pretrial release. The defendant was present with counsel, and was advised of his rights. The defendant admitted the allegations in the petition. I therefore find that the allegations of the petition are true.

Upon consideration of the matter, I conclude that detention is appropriate. 18 U.S.C. § 3143 requires that a defendant who has been found guilty of a drug offense for which the maximum penalty exceeds ten years imprisonment be detained, unless there are found, by clear and convincing evidence, certain extraordinary conditions. The district judge has now accepted the defendant's guilty plea and found him guilty, filing 36, and I find no extraordinary circumstances in this case. Accordingly,

IT THEREFORE HEREBY IS ORDERED: The previous order releasing the defendant on conditions, filing 11, is revoked. Defendant shall be detained until sentencing.

DATED May 16, 2008

BY THE COURT:

s/ *David L. Piester*
United States Magistrate Judge