IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3028 |
| | ) | |
| V. | ) | |
| | ) | |
| TYLER J. KERSENBROCK, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that the defendant's unopposed motion to withdraw guilty plea (filing 48) is granted.  The new plea agreement will be considered at sentencing.

June 26, 2008.                BY THE COURT:

                              *S/Richard G. Kopf*
                              United States District Judge