IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3028 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| TYLER J. KERSENBROCK, | ) | |
| | ) | |
| Defendant. | ) | |

A conference call with counsel was held. On the oral motion of the defendant, and with the agreement of the government,

IT IS ORDERED that Defendant Kersenbrock's sentencing is continued to Wednesday, October 8, 2008, at 11:30 a.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

September 15, 2008.            BY THE COURT:

                                                          s/ *Richard G. Kopf*
                                                          United States District Judge