IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3028 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| TYLER J. KERSENBROCK | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the defendant, and without opposition by the government,

IT IS ORDERED that Defendant Kersenbrock's sentencing is continued to Thursday, January 15, 2009, at 12:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

October 21, 2008.                BY THE COURT:

                                 s/ *Richard G. Kopf*
                                 United States District Judge